IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JONES,

     Plaintiff,                    No. CIV S-06-0564 MCE EFB PS

     vs.

STEPHEN LIPWORTH,

     Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        On July 24, 2006, the court issued an order directing the Clerk to send plaintiff the forms necessary for the U.S. Marshal to effect service of process. That order was served on plaintiff's address of record and returned as undeliverable by the postal service. Service cannot be properly effected without the plaintiff providing the needed information by completing the forms. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires all parties, including a party appearing *in propria persona*, to inform the court of any address change. Without plaintiff's participation this action cannot proceed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address. *See* Local Rules 83-182(f) and 11-110.

///

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3  after being served with these findings and recommendations, plaintiff may file written objections
4  with the court.  Such a document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Failure to file objections within the specified time may waive
6  the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.
7  1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).
8  DATED: September 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE