IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JONES,                             No. 2:06-cv-0564-MCE-EFB-PS

      Plaintiff,

  v.                                      <u>ORDER</u>

STEPHEN LIPWORTH,

      Defendant.
_____/

    On September 19, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) days. No objections were filed.[1]

///

---

[1] Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1    Accordingly, the Court presumes any findings of fact are
2 correct.  See Orland v. U.S., 602 F.2d 207, 208 (9th Cir. 1999).
3 The magistrate judge's conclusions of law are reviewed de novo.
4 See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454
5 (9th Cir. 1983).
6    The Court has reviewed the applicable legal standards and,
7 good cause appearing, concludes that it is appropriate to adopt
8 the proposed Findings and Recommendations in full.
9    Accordingly, IT IS ORDERED that:
10   1.  The proposed Findings and Recommendations filed
11 September 19, 2006, are ADOPTED; and
12   2. This action is dismissed without prejudice for
13 Plaintiff's failure to keep the Court apprised of his current
14 address.  See Local Rules 83-182(f) and 11-110.
15 DATED: October 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2